**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 08-6730**

───────────

UNITED STATES OF AMERICA,

                    Plaintiff - Appellee,

          v.

JAMES PRESTON FRYE, a/k/a Jamie Frye,

                    Defendant - Appellant.

───────────

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.   James R. Spencer, Chief District Judge.  (3:01-cr-00167-JRS-1)

───────────

Submitted:  March 25, 2009              Decided:  April 3, 2009

───────────

Before MOTZ, TRAXLER, and SHEDD, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

James Preston Frye, Appellant Pro Se.   Brian Ronald Hood, Assistant United States Attorney, Richmond, Virginia, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Preston Frye appeals the district court's order denying his motion for a sentence reduction under 18 U.S.C. § 3582(c)(2) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Frye, No. 3:01-cr-00167-JRS-1 (E.D. Va. Apr. 23, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED